Charles E. COOPER, III, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 15, 1974.

William Goldberg, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Richard J. GETTY, Appellant,

v.

COMMONWEALTH of Kentucky et al., Appellees.

Court of Appeals of Kentucky.

March 15, 1974.

Raymond Francis Connell, Paris, for appellant.

Ed W. Hancock, Atty. Gen., Joseph L. Famularo, Asst. Atty. Gen., Frankfort, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

Andrew MASDEN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 15, 1974.

William Goldberg, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

B. Sterling AMBROSE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 15, 1974.

W. Mallam Lake, Hartford, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Reversing.*

* Opinion ordered not to be published.